No. 937. HULBURD v. COMMISSIONER OF INTERNAL REVENUE. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. John E. Hughes, Henry A. Gardner,* and *Alfred T. Carton* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman, Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.

No. 938. UNITED STATES v. CONSTANTINE. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Reed* for the United States. No appearance for respondent.

No. 939. GENERAL UTILITIES & OPERATING CO. v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. R. Kemp Slaughter* and *Hugh C. Bickford* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *Norman D. Keller* for respondent.

No. 954. FOX FILM CORP. v. MULLER. June 3, 1935. Petition for writ of certiorari to the Supreme Court of Minnesota granted. *Messrs. Percy Heiliger* and *James D. Shearer* for petitioner. *Mr. Abram F. Myers* for respondent.